U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

FILED

APR 24 2009

CLERK, U.S. DISTRICT COURT
By _____
          Deputy

IN   THE  UNITED STATES DISTRICT COURT

FOR   THE   NORTHERN   DISTRICT AND THE

DALLAS DIVISION

# ORIGINAL

Richard Rauch, #1428282      Pro se

VS

GEO Corporation,
Ananda Babbili
Lanette Linthicum
Dr. Joshi
Dr. Guillermo Porras

## 3-09CV-757-D

CIVIL COMPLAINT NO.

42 U.S.C.A. § 1983

SUPPORT MEMORANDUM OF LAW AND FACTS   TO EXPAND THE
RECORD TO INSURE JURISDICTION AND
REASONS FOR TOLLING

TO THE HONORABLE JUDGE OF THIS COURT:

Pro se Plaintiff, Rauch styled above must establish in the record at filing  all pertinent facts  and matters of concerning questions of jurisdiction and tolling for the court can not order expansion: of the record, therefore Rauch wish- es to show the court;

First jurisdiction conveiged upon administrative remedies grievance procedure was exhausted by insufficiant handling of state government actions when Rauch's step one was not delivered to him in a timely manner allowing Rauch fair chance to go on to the step two level for Rauch is confined to two weeks time span after step one response, which the record shows Rauch was prohibited from filing the step two because T.D.C.J. did not return the step one for three months as seen in **EXHIBIT** **A** , THEY ruled and returned on July 18, 2007 and being on another unit by T.D.C.J. choice Rauch' was on the  Polunsky Unit by then and did submitt another step I to begin the process in hopes of not  being barred by T.D.C.J. inadequacy of mail for- warding and to show medical department of Polunsky Unit the damage to his shoulder. Mecical fact, x-ray will not show a torn rotor cusp, and Dr. Porras of the Polunsky Unit is using the repressive cost cutting policy of T.D.C.J. when he refused any form of medical treatment and admonished Rauch for hurting his own shoulder when it was the premisis defect at the Venus facilitiy that was cause of his slip and fall and was still

1

a Ward of the state of Texas, under a duty of care by the owner
of Venus Unit, GEO CORPORATION. **EXHIBIT** ____B____ **shows** the nat-
ure and subject matter of Rauch's complaint to Dr.Porras.

Rauch  wishes the court to make note on July 10, 2007
the Texas Governors office named Dr. Lannette Linthicum,
Director of Texas Department of Criminal Justice's Health
Services Division to "see into this ongoing problem", as seen
in **EXHIBIT** ____C____.   A hearing was held on the Polunsky
Unit and contrary to the hearing,  the summary of findings seen
in **EXHIBIT** ____D____ MY EYE **WAS NOT** discussed, and as for my
being out of compliance on taking the Naprosyn prescribed   by
Dr. Porras, the surgeon who opperated said **not to take** the
Naprosyn-- for it would cause bleeding in the operated eye, so
I quit taking it. I also do not have a history of shoulder
problems, my shoulder- was torn during  the fall on the Venus
Unit that also slamed my head into the slick concrete floor
that had no  mat nor any safety features, that caused the
retina of my eye to be jarred loose, and the long wait-put off
for treatment has caused perminant blindness.

Polunsky Unit classification or Dr. Porras retaliated and
removed my medical restrictions and assigned me to  work in the
box factory where the state makes a profit at unpaid labor force.
Dr. Porras, as a medical trained knowledgeable person was ful-
ly aware the pain I would endure if forced work with this eye
damage, and shoulder torn rotor cusp.

The clock kept running as was the plan of T.D.C.J. and my
parents tried to have the U.S. Department of Justice intervein
into this malicious indifferent liable cover-up, as seen in
**EXHKIBIT** ____E____.

**After** ⁻receiving my step one back from the Venus Unit
3 months late I filed a step one on the Polunsky Unit, as seen
in **EXHIBIT** ____B____ It was rulled **inapproporiate.** So I
tried to have the Regional Director answer my plea for help and
was told I may not file a step II if returned due to a screening
criteria, as seen in **EXKHIBIT** F, A.   The Polunsky Unit griev-
ance officials Warren Worthy and Linda Martin have an ongoing
scheme and pattern and practice of using a "screening criteria"

2

and other capricious and arbitrary methods of stopping any
serious complaint from reaching the courts as seen in the
dismissed cause #CIV-23642 in the 258th DISTRICT COURT.  Then
again in # CIV-24362, which I Richard Rauch tried to be joined *
under the medical issue and was summarily **denied** by state Judge
Elizabeth E. Coker without stating law or fact conclusions why
even though motion before the court of that request is in the
record.  That was on  July , 2008        .  That cause is now
pending in the  Texas Ninth Court of Appeals, Beaumont , Tx. un-
der #09-08-00367-cv. The Clerk did not forward Rauch's  joinder
motion document therefore this court can take jurisdiction of
that denied jurisdiction by the state court, on                    .

      On one last visit to John Sealy hospital on January 14
2009, less than 180 days ago I, Rauch was told my eye "can not
be fixed", so that is the day I have been made aware I am
perminantly blind in my right eye.  My family and I have been
shown beyond a reasonable doubt grievances are not going to
be handled correctly, exhausting that avenue for relief, and
state court has denied  me a chance to take all my documents
and proofs to  a jury of my peers,... so by default and
exhaustion of all possible avenues for relief I ask this court
to engage my  constitution U.S., rights be inforced that I
was to receive "reasonable care" when the state created a
"special relationship" and took on the duty of my care.

      I pray to be compensated for my loss, pain and suffering
that was far above any reasonable expectation and humane policy
that has been addressed in multiple well established cites in
various superior courts such as this,
* Argument and document to follow in  First Supplemental Pleading
                        Respectfully submitted   4/17/2009

      I, Richard Rauch do affirm and swear the above is true and
correct to the best of my knowledge and personal witness under
the penalty of purgery I make this declaration on   17   of
   April        2009.

*Richard A. Rauch*

Richard Rauch # 1428282
Polusnky Unit
3872 FM 350 South
Livingston, Texas  77351

EXHIBIT A

FOR DISPLAY ONLY

**STEP 1**

**OFFENDER GRIEVANCE FORM**

TL

Grievance # 2007171842

Date Received JUN 19 2007

Date Due 7/29/07

Grievance Code: 638

Investigator ID #: I0743

Extension Date: N/A

Date Retd to Offender JUL 18 2007

Offender Name: Richard Rauch    TDCJ # 1428282

Unit: Sanders-Estes    Housing Assignment: GSB

Unit where incident occurred: Sanders-Estes

∞ **MEDICAL EMERGENCY** ∞

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Surgeon, Chaplain Caffrey, Medical    When? Thurs June 14 2007

What was their response? Medical (Andy) didn't care

What action was taken? NONE

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

On Tuesday my Rt eye started getting darker + darker Vision Loss. On Thursday Afternoon I made an emergency phone call to my eye surgeon Dr Syrquin And told him my symptoms. He told me and the Chaplain I need to come right away and see him today or Friday (14th-15th). I could have complications with my retina surgery I had done April 16 which means in a few short days I could be completely blind.

As soon as we hung up Chaplain Caffrey relayed the urgency to the Doctor here (Andy) And Andy didn't even care. He said, "Put in a sick-call request" Once Again the Chaplain stated the urgency of the matter. Andy didn't care

I finally see a compassionate nurse on Sunday. And she said she could do nothing except set up an appointment to see the Doctor on Monday.

Well, Monday has now past. Medical never called me I can hardly see at all now.

On top of that, my 2nd day here, I fell on a wet floor and badly injured my left shoulder in front of 15-20 witnesses. All Andy did was give me 400 mg of Ibuprofen. My left arm is useless now. I cannot even toss a sheet of paper into the trash without severe pain.

I have my own medical practice. Been in Medical

I-127 Front (Revised 9-1-2001)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

(Received Oct 11, 2007 R Rauch)

~~~ 14 years~~~ I ~~~ immediately~~~ left shoulder MK
~~probably~~ followed by surgery. I need to see my eye
surgeon No later than Wednesday June 20th # eye
Dr. Syrguin — Baylor Medical Center
400 W I-635        PH# 972-869-1242
PLAZA 1 Suite 350      or 1-888-222-2199
Irving TX 75063

I also need Andy's full name and his
medical practice ID # for my Attorney, And
GEO's Home Office Address in Florida.

**tion Requested to resolve your Complaint.** Immediate transportation to above
~~noted~~ Dr. And A LT shoulder MRI within next few days.
Probable Rt eye surgery And LT shoulder surgery

**fender Signature:** *Richard A. Rauch*        **Date:** 6-18-07

**ievance Response:**

You are being followed by Hospital Galveston Opthalmology Clinic for your right eye. You are scheduled for a follow-up with them later this month. On 6/20/07 the Provider saw you as a follow up for your right eye from Nurse Sick Call on 6/17/07. You were demanding that we take you to your free world doctor that day. You were seen by Dr. Joshi on 6/21/07. He provided you with information regarding what steps you needed to take in order to have your doctor come to the facility. Medical has not heard back from you regarding this. You arrived at Estes on 5/21/07. on 5/24/07 the 1st sick call request received from you was requesting sunglasses so you could go outside for recreation. The nurse saw you on 5/25/07 for your eye and then you brought up that you had a history of torn rotator cuff and needed surgery for it. You indicated no injury and that Motrin had helped in past. Provider saw you 5/29/07 and ordered Naproxen for your shoulder pain. You have received medical care per CMC guidelines. No other action indicated.

**gnature Authority:** *(signature)* David G. McComis        **Date:** JUL 1 8 2007

ou are dissatisfied with the Step 1 response, you may submit a Step 2 (I-127) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State th
son for appeal on the Step 2 Form.

**turned because:** *Resubmit this form when corrections are made.

1. Grievable time period has expired.
2. Submission in excess of 1 every 7 days. *
3. Originals not submitted. *
4. Inappropriate/Excessive attachments. *
5. No documented attempt at informal resolution.*
6. No requested relief is stated.*
7. Malicious use of vulgar, indecent, or physically threatening language. *
8. The issue presented is not grievable.
9. *Vacant – discontinued 9-1-00*
10. Illegible/Incomprehensible. *
11. Inappropriate. *

GI Signature:
127 Back (Revised 9-1-2001)

**OFFICE USE ONLY**

**Initial Submission**        UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**2nd Submission**        UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**3rd Submission**        UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

*EXHIBIT B*

Chewed up

## Texas Department of Criminal Justice

# STEP 1

### OFFENDER
### GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: **Richard Rauch**     TDCJ # **1428282**

Unit: **Polunsky**     Housing Assignment: **194-14**

Unit where incident occurred: **Polunsky**

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? **Dr Porras**     When? **Sept 17**

What was their response? **read below**

What action was taken? **None**

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

On Sept 17, Monday, I went for a medical lay-in and I saw Dr. Porras about the next step in protocol for fixing my left painful shoulder which was injured in April at TDCJ.

His response, "We are not going to fix your shoulder. You can get it fixed once you get out. You should have taken better care of yourself while you were in here."

First of all, I know my rights, and I demand an appology from Dr Porras for his inappropriate comment, and for him to be repremanded for his failure to render proper medical care.

Secondly - look at my medical file and see who else is involved in overseeing my medical care - it's documented — The Office of the Governor is involved, as is a Mr Lannette Linthicum who is the Director of TDCJ's Health Services Division, as is the State Department and my State Representative Mrs. Powers.

I already went blind in my right eye due to the negligence of a TDCJ doctor, and now another Dr is following in his same footsteps. Not a good track record for TDCJ.

I was injured at TDCJ. My left arm is painful and useless. I am guessing, my deltoid is torn.

I had an x-ray way back in May. The next step in medical protocol is a LT shoulder MRI, followed by either surgery and/or physical therapy.

I have my own medical business and I know the

---

**I-127 Front** (Revised 9-1-2001)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

standards, procedures, and protocols, and they are to be followed even in prison. State + federal law guarantee this.
 I have already notified the authorities mentioned about Dr Porras actions and inappropriate comment.
 All I am requesting is a left shoulder MRI, and then surgery and/or therapy so I wont be a burden to my wife and kids once I get home because I can't work properly due to TDCJ's neglect.
 God Bless you for your help in this unfortunate matter.

---

ction Requested to resolve your Complaint.

---

1) Proper Medical care - Next step LT shoulder MRI
2) Appology from Dr Porras

---

ffender Signature: _Richard A Rauch_      Date: _9-20-07_

rievance Response:

---

gnature Authority: _____      Date: _____
ou are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the
on for appeal on the Step 2 Form.

---

**turned because:**    *Resubmit this form when corrections are made.

1. Grievable time period has expired.
2. Submission in excess of 1 every 7 days.*
3. Originals not submitted. *
4. Inappropriate/Excessive attachments. *
5. No documented attempt at informal resolution.*
6. No requested relief is stated.*
7. Malicious use of vulgar, indecent, or physically threatening language. *
8. The issue presented is not grievable.
9. *Vacant – discontinued 9-1-00*
10. Illegible/Incomprehensible. *
11. Inappropriate. *

I Signature: _____
7 Back (Revised 9-1-2001)

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **UGI Initials:** _LHM_ |
| Grievance #: | _2008 012728_ |
| Screening Criteria Used: | _69911_ |
| Date Rec'd from Offender: | SEP 2 3 2007 |
| Date Returned to Offender: | SEP 2 3 2007 |
| **2nd Submission** | **UGI Initials:** |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Rec'd from Offender: | |
| Date Returned to Offender: | |
| **3rd Submission** | **UGI Initials:** |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Rec'd from Offender: | |
| Date Returned to Offender: | |

EXHIBIT C



# OFFICE OF THE GOVERNOR

RICK PERRY
GOVERNOR

July 10, 2007

Mr. and Mrs. Donald E. Rauch
9738 Sharing Cross Court
Jacksonville, Florida  32257-5477

Dear Mr. and Mrs. Rauch:

Thank you for taking the time to contact the Office of the Governor.

Given that your correspondence discusses medical treatment, I will share your correspondence with Dr. Lannette Linthicum, Director of the Texas Department of Criminal Justice's Health Services Division.

Please let us know whenever we may be of service in the future.

Sincerely,

Dede Keith by jvw

Dede Keith
Administration and Constituent Services
Office of the Governor

DK:jvw

cc:     Lannette Linthicum, M.D.

EXHIBIT
D



# Texas Department of Criminal Justice

**Brad Livingston**
Executive Director

August 6, 2007

Donald & Karen Rauch
9738 Sharing Cross Court
Jacksonville, FL 32257

Re: Offender Richard Rauch, TDCJ-CID#1428282, Estes Facility

Dear Mr. & Mrs. Rauch:

Your correspondence addressed to Governor Rick Perry was forwarded to TDCJ Health Services Division, Patient Liaison Program for investigation and response. In it, you report concerns on behalf of your son, in which you allege that he has been denied medical attention. You state your son may have torn his rotator cuff, which makes the arm painful and useless. In addition, you state his eyelid does not open any longer and he has no sight in his right eye. Upon receipt, the facility's University of Texas Medical Branch Correctional Managed Health Care (UTMB-CMHC) medical department was contacted, the signature of Offender Rauch was obtained on an Authorization for Use and Disclosure of Protected Health Information (PHI), and his medical record reviewed.

Reviews of the available medical records reflect that your son has submitted numerous Sick Call Requests (SCR's) for his complaint of left shoulder pain. On 05/29/2007 a UTMB-CMHC medical provider evaluated your son, ordered an x-ray, and prescribed Naprosyn 500 mg to be taken twice daily for thirty days. The results of the x-ray revealed no recent fracture or acute bone deformity, articular joint relationships are intact, and soft tissues are within normal limits. On 06/26/2007, a medical provider again evaluated your son for his complaint of left shoulder pain, in which documentation reveals that your son has been non-compliant with the same prescribed medication. The medical provider re-ordered a prescription of Naprosyn, which is an anti-inflammatory that helps relieve pain and advised your son of 100 percent compliance in taking the medication,. In addition, your son has been evaluated on multiple occasions for complaint of right eye problems. Most recently, on 07/23/2007, a health care provider performed retinal surgery and the discharge summary indicates your son tolerated the surgery well, a follow-up was scheduled, and he was prescribed pain medication. Documentation indicates your son has been afforded access to care regarding these issues.

This office has secured your son's signature on an Authorization for Use and Disclosure of Protected Health Information, which is in his medical record authorizing facility UTMB-CMHC staff to provide you with health information on him. It will expire on 01/29/2008, unless revoked by the offender prior to that date. For facility information you may contact, Debra Iredell, RN, BSN UTMB-CMHC, Health Administrator, Estes Facility, at 1100 Highway 1807 Venus, Texas 76084 or by telephone at (972) 366-3334.

Pursuant to Correctional Managed Health Care Policy A-12.1, offenders have been instructed to contact the facility medical department complaints coordinator, by submitting an I-60 to facilitate the resolution of health-related concerns. If the offender is not satisfied with the efforts towards informal resolution at the facility level, the offender may pursue additional review through the grievance process.

Sincerely,

Nadine Whited
Investigator III, Patient Liaison Program
Office of Professional Standards
TDCJ Health Services Division

NW/DV/lb

xc:   Dede Keith, Deputy Director, Administration and Constituent Services, Office of the Governor
      Lannette Linthicum, MD, CCHP-A, FACP, Director, TDCJ Health Services Division
      Owen Murray, D.O., MBA, Assistant Vice President & Chief Physician Executive, UTMB-CMHC
      Estes Facility Medical Management Team

Reference No.: 070142828200002

*Our mission is to provide public safety, promote positive change in offender
behavior, reintegrate offenders into society, and assist victims of crime.*

P.O. Box 99
Huntsville, Texas 77342-0099
www.tdcj.state.tx.us

Exhibit E

October 26, 2007

Mr. Christopher N. Cheng
Trial Attorney
Special Litigation Section
U. S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, N.W.
Criminal Section, PHB
Washington, D. C. 20530

Dear Mr. Cheng:

In your October 10, 2007 letter to my wife, you indicated you needed dates and factual circumstances of medical malpractice in the Texas Penal system. Please read the latest letter from our son about a Dr. Porras at the Polunsky Unit in Livingston, Texas. Our son has had other issues with this Dr. Porras that he has documented in other letters he has sent home. Our son had a pre-surgical meeting with his eye doctor in Galveston, Texas, and his eye doctor placed him on certain restrictions in preparation for the third surgery on his eye. Our son has found out that on 10/15/07 at 16:27, someone had changed his classification from medically unassigned to box factory. This was done after hours. Only someone in the administration of the prison would have had the authority to do that.

Please read our son's letter for more details. He can also give you names and other instances of inmate abuse in the prison system. He knows of one inmate who complained of chest pains and was turned away by the medical staff because he had not filed the correct paperwork. That man died of a heart attack that night. Our son also knows of other instances within the prison of similar types of medical malpractice.

Your help would certainly be appreciated.

Sincerely,


Donald E. Rauch, P. E.

EXHIBIT F



## Texas Department of Criminal Justice

# STEP 2    OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2008012428

UGI Recd Date: _____

HQ Recd Date: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Offender Name: Richard Rauch   TDCJ # 1428282

Unit: Polunsky   Housing Assignment: 19 Y-14

Unit where incident occurred: Polunsky

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

---

**Give reason for appeal (Be specific).**   *I am dissatisfied with the response at Step 1 because...*

The grievance I submitted on 9-20-07 was returned to me as inappropriate.

I have been denied proper medical care by TDCJ.

I am now blind in my right eye and I am in severe pain from a probable torn left deltoid-shoulder. My entire case is being followed closely by the Governors office of Texas and TDCJ's very own Director of Health Services Division, Dr Lannette Linthicum. This is noted in my TDCJ medical file. TDCJ's response to this action was inappropriate. God Bless You for your attention to this matter.

---

**I-128 Front** (Revised 9-1-2001)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    OCT 1 2 2007    (OVER)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Offender Signature: _Richard A Fauch_____     Date: _9-27-07_

Grievance Response:




Signature Authority:                                                        Date:

Returned because:     *Resubmit this form when corrections are made.*

] 1. Grievable time period has expired.

] 2. Illegible/Incomprehensible. *

] 3. Originals not submitted. *

] 4. Inappropriate/Excessive attachments. *

] 5. Malicious use of vulgar, indecent, or physically threatening language. *

] 6. Inappropriate. *


CGO Staff Signature: _____

128 Back (Revised 9-1-2001)

---

### OFFICE USE ONLY

**Initial Submission**                  CGO Initials:_____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____Screened    ____Improperly Submitted

Comments:_____

Date Returned to Offender:_____

**2nd Submission**                      CGO Initials: _____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____Screened    ____Improperly Submitted

Comments:_____

Date Returned to Offender:_____

**3rd Submission**                      CGO Initials:_____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____Screened    ____Improperly Submitted

Comments:_____

Date Returned to Offender:_____

EXHIBIT

F1

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
*Inter-Office Communication*
## Administrative Review and Risk Management

TO: Rauch, Richard

TDCJ # 1428282        DEC 1 3 2007

RT-106 TL  Unit ( 1 )

FROM: Central Grievance Office  *PB fosm*        SUBJECT:  Improperly Submitted Grievance

The attached grievance was not submitted in the proper manner and is being returned to you. Instructions on How to Write and Submit Grievances are available in the Law Library, the Offender Orientation Handbook, and posted in prominent locations throughout your unit. The response indicated below explains your submission error. If you have further questions or need assistance you may contact the unit grievance investigator.

☐  Policy requires that all grievances be submitted through your unit grievance investigator within 15 days of the applicable date.

☐  This Step 2 appeal is being returned to you without action; however, the unprocessed Step 1 grievance #_____ is under review.

☐  This Step 2 appeal cannot be processed without the corresponding original, answered Step 1 grievance.

☞  You may not submit a Step 2 appeal on Step 1 grievance # 2008012728        that was returned to you unprocessed using one of the screening criteria.

G1 IOC (3/21/07)