IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **RICHARD RAUCH, 1428282,** ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 3:09-CV-757-D |
| ) | ECF |
| **GEO CORP., ET AL.,** ) | |
| **Defendants.** ) | |

## NOTICE OF DEFICIENCY AND ORDER

Upon review of the papers and pleadings filed in the above styled and numbered cause, the following deficiencies appear:

( )   Complaint is not in compliance with Federal Rule of Civil Procedure 8(a).

( )   Signature of the attorney of record or each party proceeding *pro se* is required on each pleading, motion or other paper filed by that party. (See Federal Rule of Civil Procedure 11). Plaintiff(s) must submit a new and properly signed:   ( ) complaint.   ( ) request to proceed *in forma pauperis*.

( **X** )   A filing fee has not been paid nor has a proper request to proceed *in forma pauperis* been submitted.

( **X** )   A request to proceed *in forma pauperis* must include a certified statement of the balance in plaintiff's inmate trust account for the six-month period preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2).

( )   Civil rights pleadings are not filed on the appropriate form.

**The Clerk of the Court shall take the following indicated action:**

( **X** )   A true copy of this order shall be mailed to each plaintiff/petitioner or his/her attorney of record. No further process shall issue except upon order of the Court.

( **X** )   A form application to proceed *in forma pauperis* shall be mailed to each plaintiff/petitioner.

( )   A copy of Federal Rule of Civil Procedure 8 shall be mailed to each plaintiff.

( )   A form complaint shall be mailed to plaintiff.

It is hereby **ORDERED** that plaintiff(s)/petitioner(s) shall cure each aforementioned deficiency within thirty (30) days of the date of this order. Failure to comply with this order will result in a recommendation that the complaint/petition be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SIGNED this 11th day of May, 2009.

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE